UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
SPA CHAKRA, INC.,[1]                            :
                                                :   Case No. 09-17260__
                Debtor.                         :
---------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
SPA CHAKRA LLC,                                 ::
                                                :   Case No. 09-17261___
                Debtor.                         :
---------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
SPA CHAKRA INDIANA LLC,                         :
                                                :   Case No. 09-17228___
                Debtor.                         :
---------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
SPA CHAKRA FIFTH AVENUE, LLC,                   ::
                                                :   Case No. 09-17040_____
                Debtor.                         :
---------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
SPA CHAKRA FIFTH AVENUE INDIANA, LLC,           :
                                                :   Case No. 09-17262_____
                Debtor.                         :
---------------------------------------------------------------x

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS CHAPTER 11 CASES

Upon the Motion dated December 10, 2009 (*"Motion"*) of Spa Chakra, Inc. and its wholly owned entities, the above-captioned debtors and debtors-in-possession ("Debtors"), for entry of an order (*"Order"*), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (*"Bankruptcy Rules"*), authorizing and directing the joint administration of the

---
[1] A Motion For Joint Administration of these cases is being concurrently filed with this Affirmation.

#1998754 v2 \020504 \0007

above-captioned chapter 11 cases (***"Cases"***); and it appearing that proper and adequate notice has been given under the circumstances; and that no other or further notice being necessary or required; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their respective estates, and creditors; all objections to the Motion, if any, having be withdrawn, overruled or otherwise resolved and disposed of; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion be and hereby is granted as set forth below; and it is further

**ORDERED**, that these Cases be and hereby are consolidated for procedural purposes only and shall be jointly administered in accordance with Rule 1015(b) of the Bankruptcy Rules; and it is further

**ORDERED**, that the caption of these jointly administered Cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| SPA CHAKRA, INC., <u>et al</u>., : | |
| : | |
| : | Case Nos. <u>09-17260</u> |
| :: | |
| : | |
| : | Jointly Administered |
| Debtors. : | |

---------------------------------------------------------- x

**ORDERED**, that a docket entry shall be made in each of the Debtors' Cases substantially as follows:

#1998754 v2 \020504 \0007

2

An order has been entered in this case directing, under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the procedural consolidation and joint administration of the chapter 11 cases of Spa Chakra, Inc., Spa Chakra LLC, Spa Chakra Fifth Avenue Indiana, LLC, Spa Chakra Indiana LLC, and SPA Chakra Fifth Avenue. Hereafter, the docket of Spa Chakra, Inc. (Case No. 09-17260) should be consulted on all matters affecting these debtors.

**ORDERED,** that nothing contained in this Order shall impact each of the respective Debtors' liability under 28 U.S.C. § 1930, or each of the respective Debtors' liability for any other fees or expenses that are appropriately attributable to a debtor.

**ORDERED,** that the requirement under Local Bankruptcy Rule 9013-1(b) for the filing of a memorandum of law in support of the Motion be, and it hereby is, dispensed with and waived.

Dated: New York, New York
      December 11, 2009

                        /s/ Stuart M. Bernstein_____
                        UNITED STATES BANKRUPTCY JUDGE

#1998754 v2 \020504 \0007

3