**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

Attorneys for Spa Chakra, Inc., et al.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                           :
                                                :    Chapter 11
SPA CHAKRA, INC. , *et al.*,[1]                 :
                                                :    Case No. 09-17260 (SMB)
                                                :
                         Debtors.               :    (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR JANUARY 26, 2010 AT 10:00 A.M.**

**ALL MATTERS ARE GOING FORWARD**

**SCHEDULED MOTIONS**

1.  Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, And 1146(a) and Fed. R. Bankr. P. 2002, 6004, 6006, 9008, and 9014: (i) Approving The Asset Purchase Agreement; (ii) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of All Liens, Claims and Encumbrances; (iii) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases; (iv) Approving Auction Procedures Related Thereto; and (iv) Granting Related Relief [Docket No. 79]

    *Related Documents:*

    A.  Objection Of GVK Limited Partners To Debtors' Motion for An Order: (i) Approving The Asset Purchase Agreement;(ii) Authorizing the Sale of Certain Assets Of The Debtors Free And Clear of All Liens, Claims An Encumbrances; (iii) Authorizing Assumption And Assignment Of Certain Executory Contracts and

---
[1] The Debtors are the following entities: Spa Chakra, Inc., a Delaware corporation; Spa Chakra, LLC, a Delaware limited liability company; Spa Chakra Indiana LLC, an Indiana limited liability company; Spa Chakra Fifth Avenue, LLC, a Delaware limited liability company; and Spa Chakra Fifth Avenue Indiana LLC, an Indiana limited liability company.

  Leases; (Iv) Approving Auction Procedures Related Thereto; and (v) Granting Related Relief [Docket No. 98]

  B. Sator Realty Inc.'s Limited Objection to Debtors' motion for an Order Approving Bid Procedures [Docket No. 97]

  C. Objection of CMF Associates, LLC to Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, And 1146(a) and Fed. R. Bankr. P. 2002, 6004, 6006, 9008, and 9014: (i) Approving The Asset Purchase Agreement; (ii) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of All Liens, Claims and Encumbrances; (iii) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases; (iv) Approving Auction Procedures Related Thereto; and (iv) Granting Related Relief [Docket No. 100]

  D. Objection of the Official Committee of Unsecured Creditors to Part I of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, And 1146(a) and Fed. R. Bankr. P. 2002, 6004, 6006, 9008, and 9014: (i) Approving The Asset Purchase Agreement; (ii) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of All Liens, Claims and Encumbrances; (iii) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases; (iv) Approving Auction Procedures Related Thereto; and (iv) Granting Related Relief [Docket No. 101]

2. Motion of the Debtors, Pursuant to Local Bankruptcy Rule 9006-1(B), for an Order Shortening Time of Notice with Respect To Hearing On Motion of the Debtors for An Order Pursuant To 11 U.S.C. §§ 105(A), 363, 365, 503, And 1146(A) And Fed. R. Bankr. P. 2002, 6004, 6006, 9008, And 9014: (i) Approving The Asset Purchase Agreement; (ii) Authorizing the Sale Of Certain Assets of the Debtors Free And Clear of All Liens, Claims And Encumbrances; (iii) Authorizing Assumption and Assignment of Certain Executory Contracts And Leases; (iv) Approving Auction Procedures Related Thereto; And (v) Granting Related Relief. [Docket No. 78]

  *No Objections Filed*

3. Motion of GVK Limited Partners for an Order Pursuant to Bankruptcy Rule 2004 Directing Examination of, and Production of Documents by, Debtors [Docket No. 29]

  *Related Documents:*

  A. Debtors' Objection to GVK Limited Partners' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 43]

B. Reply Of GVK Limited Partners To Objection Of Debtors To GVK's Motion for Order Pursuant To Bankruptcy Rule 2004 Directing Examination Of, And Production Of, Documents By Debtors [Docket No. 73]

4. Motion of the Debtors for a Final Order: (i) Authorizing the Debtors to Obtain Secured Superpriority Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364(C) And Bankruptcy Rules 2002, 4001, 6004, And 9014, (ii) Authorizing the Debtors to Use Cash Collateral; (iii) Granting Adequate Protection; (iv) Modifying the Automatic Stay; (v) Scheduling and Approving the form and Method of Notice of Final Hearing; and (vi) Granting Other Related Relief [Docket No. 7]

   *Related Documents:*

   A. Objection of GVK Limited Partners to Debtors' Emergency Motion for a Final Order: Authorizing Debtors to Obtain Secured Superpriority Post-Petition Financing; Authorizing the Debtors to Use Cash Collateral; Granting Adequate Protection; Modifying the Automatic Stay; Scheduling and Approving the Form and Method of Notice of Final Hearing; and Granting Other Related Relief [Docket No. 40]

   B. Limited Objection and Joinder of the Official Committee of Unsecured Creditors To The Objection Of GVK Limited Partners to Debtors' Emergency Motion [For Interim And] Final Orders: Authorizing the Debtors to Obtain Secured Superpriority Post-Petition Financing; Authorizing the Debtors to Use Cash Collateral; Granting Adequate Protection; Modifying the Automatic Stay; Scheduling and Approving the Form and Method of Notice of Final Hearing; and Granting Other Related Relief [Docket No. 81]

Dated: New York, New York
       January 25, 2010

**MORRISON COHEN LLP**
Proposed Attorneys for Spa Chakra, Inc. et al., Debtor and Debtor-in-Possession

By: */s/Joseph T. Moldovan*
    Joseph T. Moldovan
    Michael R. Dal Lago

909 Third Avenue
New York, New York 10022
(212) 735-8600

#2122482 v1 \020504 \0007

3